IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIE NOLDEN,
an individual,

    Plaintiff,

v.

GREYHOUND LINES, INC.

    Defendant.

Case No.: FILED: JULY 31, 2008
08CV4355
Judge: JUDGE HART
MAGISTRATE JUDGE BROWN
RCC

## NOTICE OF REMOVAL

NOW COME the Defendant, Greyhound Lines, Inc., ("Greyhound"), by its attorneys Peter H. Carlson and Linda K. Horras of the law firm of Hinshaw & Culbertson LLP, and for their Notice of Removal of the above captioned case brought by the plaintiff, Willie Nolden, in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No.2008 L 6300, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. 1332, 1441 and 1446, Greyhound states as follows:

    1.     This case was filed in the Circuit Court of Cook County, , Law Division, under case number 2008 L 6300 and entitled *Willie Nolden v. Greyhound Lines, Inc.* on June 9, 2008. A copy of the complaint is found in Group Exhibit A.

    2.     Greyhound was served on July 1, 2008. A copy of the summons and service of process transmittal from CT Corporation are attached in Group Exhibit A. The entire Circuit Court of Cook County file is comprised of this summons, transmittal and complaint.

    3.     According to the Plaintiff's complaint, he is now a resident of Chicago, Illinois. (Cp., ¶1).

    4.     Defendant Greyhound is incorporated in the state of Delaware and has its principal place of business in Dallas. Texas. It is therefore not a resident of the State of Illinois.

5.  Plaintiff brings a four-count complaint against Greyhound, all based on Illinois common law. These claims are for negligence, breach of contract, intentional infliction of emotional distress and negligent infliction of emotional distress.

6.  This is a civil case over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. §1332. This action is between citizens or entities of different states.

7.  In counts I, III and IV, the Plaintiff claims that Greyhound subjected him to various "extreme and outrageous" acts after failing to provide reasonable accommodations for him to board a bus and that, due to this "extreme and outrageous" misconduct that he is entitled to punitive damages. (Cp., Count I, ¶17). In his prayer for damages, then, Plaintiff seeks compensatory damages in the amount in excess of $50,000.00 plus punitive damages.

8.  Punitive damages are available under the Illinois common law "when torts are committed with fraud, actual malice, deliberate violence or oppression, or when the defendant acts willfully, or with such gross negligence as to indicate wanton disregard of the rights of others". *Bryant v. Livigni*, 250 Ill.App.3d 303, 619 N.E.2d 550, (5th Dist. 1993) *citing Kelsey v. Motorola, Inc.*, 74 Ill. 2d 172, 186 (1978). From the face of the complaint, the Plaintiff has plead this type of wanton disregard for his rights and, on a notice of removal, this court can conclude that the jurisdictional amount of $75,000.00 has been met. (See, i.e., *Sharp Electronics Corp. v. Copy Plus, Inc.*, 939 F. 2d 513, 515 (7th Cir. 1991) and cases cited therein).

9.  Pursuant to 28 USC § 1441, the State court lawsuit is removable to this court as the federal district court for the district and division that encompasses County of Cook, the place in which the State court lawsuit was pending.

10. Defendant removed this case within thirty days of its receipt of the initial pleading. The corporate agent was served on July 1, 2008. Thus, pursuant to 28 USC § 1446, this removal is timely.

11. Concurrently with the filing of this Notice of Removal, Defendant is filing its Notice of Filing Notice of Removal with the Circuit Court of Cook County, Illinois, a copy of which will be served upon plaintiff's counsel.

> Respectfully submitted,
>
> HINSHAW & CULBERTSON LLP
>
> By: /s/ *Linda K. Horras*
> Linda K. Horras

Peter H. Carlson # 6206698
Linda K. Horras, # 6200203
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000