# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| WILLIE HOLDEN, an Individual, Plaintiff<br>v.<br>GREYHOUND LINES, INC., Defendants. | FILED: JULY 31, 2008<br>08CV4355<br>JUDGE HART<br>MAGISTRATE JUDGE BROWN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

---

**NAME (Type or print)**
LINDA K. HORRAS

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Linda K. Horras

**FIRM**
HINSHAW & CULBERTSON LLP

**STREET ADDRESS**
222 N. LASALLE ST., #300

**CITY/STATE/ZIP**
CHICAGO, ILLINOIS 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200203 | 312-704-3022 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐