# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WILLIE HOLDEN, an Individual,<br>  Plaintiff<br>v.<br>GREYHOUND LINES, INC.,<br>  Defendants. | Case Number:<br>FILED: JULY 31, 2008<br>08CV4355<br>JUDGE HART<br>MAGISTRATE JUDGE BROWN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| PETER H. CARLSON |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Peter H. Carlson |

| FIRM |
|---|
| HINSHAW & CULBERTSON LLP |

| STREET ADDRESS |
|---|
| 222 N. LASALLE ST., #300 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06206698 | 312-704-3060 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐