IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE NOLDEN,<br>an individual,<br><br>   Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.<br><br>   Defendant. | )<br>)<br>)<br>) Case No.: 08 C 4355<br>)<br>) Judge William T. Hart<br>)<br>) Magistrate Brown<br>)<br>) |

**NOTICE OF MOTION TO DISMISS**

TO: John E. Partelow, Esq.
   555 West Jackson Boulevard
   Suite 700
   Chicago, IL 60661
   jepartelow@aol.com

  PLEASE TAKE NOTICE that on the **13th day of August, 2008, at 11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge William T. Hart or any Judge sitting in his stead in Courtroom 2243, in the Drisen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present *Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP Rule 12*, a copy of which is hereby served upon you.

              Respectfully submitted,

              **GREYHOUND LINES, INC.**

              By: /s/ *Linda K. Horras*
              One of the Attorneys for Defendant
              Greyhound Lines, Inc.

Peter H. Carlson #06206698
Linda K. Horras, ARD #06200203
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6348004v1 8960

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney on oath, state that I served the above and foregoing *Defendant Greyhound Lines, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP Rule 12*:

John E. Partelow, Esq.
555 West Jackson Boulevard
Suite 700
Chicago, IL 60661

by mailing a copy to the above listed party(ies) of record and depositing the same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on the 5th day of August, 2008, with proper postage prepaid.

_____
Linda K. Horras

## CERTIFICATE OF ECF SERVICE

I, the undersigned, state that I filed the above and foregoing Notice of Motion via the United States District Court for the Northern District of Illinois' Electronic Case Filing system (ECF) on the 5th day of August, 2008.

/s/ *Linda K. Horras*
Linda K. Horras