# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Willie Nolden

                Plaintiff,

v.     Case No.: 1:08−cv−04355
      Honorable William T. Hart

Greyhound Lines, Inc.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(clw, )Mailed notice.

Dated: August 13, 2008

/s/ William T. Hart

United States District Judge