UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Nolden
                          Plaintiff,

v.                                                   Case No.: 1:08−cv−04355
                                                            Honorable William T. Hart

Greyhound Lines, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 09/25/08 at 10:15 a.m. Plaintiff shall serve the settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 09/05/08. The defendant shall serve the responsive letter to the plaintiff's settlement letter by 09/19/08. Plaintiff's counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 09/22/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.